# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION
## 2:14 CV 017

| | |
|---|---|
| ROLAND GRADY, an individual, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| B AND E GROCERY, INC., d/b/a ) | |
| Huddle House, ) | |
| ) | |
|     Defendant. ) | |

**THIS MATTER** is before the Court on James W. Kilbourne, Jr.'s Application for Admission to Practice *Pro Hac Vice* of Erin Helana Goodman. It appearing that Erin Helana Goodman is a member in good standing with the Florida State Bar and will be appearing with James W. Kilbourne, Jr., a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that James W. Kilbourne, Jr.'s Application for Admission to Practice *Pro Hac Vice* (#11) of Erin Helana

Goodman is **GRANTED**, and that Erin Helana Goodman is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with James W. Kilbourne, Jr.

Signed: September 8, 2014

Dennis L. Howell
United States Magistrate Judge