IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION
CIVIL CASE NO. 2:14-cv-00017-MR-DLH

| | | |
|---|---|---|
| ROLAND GRADY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| | ) | |
| B AND E GROCERY, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court *sua sponte*.

The Plaintiff filed this action against the Defendant B and E Grocery, Inc. on May 15, 2014. [Doc. 1]. On July 14, 2014, the Clerk made an entry of default against the Defendant. [Doc. 9]. To date, the Plaintiff appears to have made no effort to prosecute this action further against the Defendant.

Accordingly, **IT IS, THEREFORE, ORDERED** that within fourteen (14) days of the entry of this Order, the Plaintiff shall file an appropriate motion or otherwise take further action with respect to the Defendant B and E Grocery, Inc. The Plaintiff is advised that failure to take further action against the Defendant will result in the dismissal of this case.

**IT IS SO ORDERED.**

Signed: October 3, 2014

Martin Reidinger
United States District Judge